UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 23-CR-10015-MARTINEZ

UNITED STATES OF AMERICA

v.

Vasil Khatiashvili,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Lurana Snow on January 9, 2024 **[ECF No. 30]**. A Report and Recommendation was filed on January 11, 2024, recommending that the Defendant's plea of guilty be accepted **[ECF No. 33]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 33]** of United States Magistrate Judge Lurana Snow, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Information. Count One charges the Defendant with Conspiracy Against the United States, in violation of Title 18, United States Code, Section 371. The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter for **Monday, March 18, 2024, at 11:00 a.m.,** before

the Honorable District Judge Jose E. Martinez, at the Sidney M. Aronovitz United States Courthouse, 301 Simonton Street, Key West, Florida 33040.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 30 day of January, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lurana Snow
All Counsel of Record
U.S. Probation Office